Appellants.— Appeal dismissed, without costs, upon stipulation filed.  Present —
Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HERMAN PRONOTH, Appellant, v. THE STATE OF NEW YORK, Respondent.
(Claim No. 17133.) — Appeal dismissed, without costs, upon stipulation filed.
Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WALTER MAY, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respond-
ent.— Appeal dismissed, without costs, upon stipulation filed.  Present — Hubbs,
P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM A. DICKSON and Another, Respondents, v. FRED H. HAILE, Appel-
lant.— Appeal dismissed, without costs, upon stipulation filed.  Present — Hubbs,
P. J., Clark, Sears, Crouch and Taylor, JJ.

SOL BROOKS, an Incompetent Person, by the UNION TRUST COMPANY OF
ROCHESTER, NEW YORK, Committee of His Property, Plaintiff, v. LEWIS J.
FRIEDERICH, Defendant.— Appeal dismissed, without costs, upon stipulation filed.
Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

EDWIN C. HONECKER, Respondent, v. LEROY F. UMBEHAUN and NENNO &
Co., INCORPORATED, Appellants.— Appeal dismissed as to the appellant LeRoy
F. Umbehaun, without costs, upon stipulation filed.  Present — Hubbs, P. J.,
Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Petition of the STATE DEPARTMENT OF PUBLIC WORKS
(Bureau of Highways), under Section 91 of the Railroad Law* for an Order
Determining that a Crossing at Grade of Big Flats-Gibson County Highway
No. 742, and the Erie Railroad and the Railroad Leased to and Operated by the
Delaware, Lackawanna and Western Railroad Company in the Town of Corning,
Steuben County, Shall Be Closed and Discontinued and the Travel Diverted
Therefrom by a New Piece of Highway Which Shall Cross under Said Railroad
at Another Point.  (Case No. 2605.) — Appeals dismissed, without costs, upon
stipulation filed.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE K. MANTZ, Respondent, v. GEORGE D. PERRY, Appellant.— Appeal
dismissed, without costs, upon stipulation filed and sureties on the bond released.
Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HUGH MORRISON, an Infant over the Age of Fourteen Years, by His Guardian
ad Litem, JOHN MORRISON, JR., Respondent, v. BROWN & BAILEY CONDENSED
MILK COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation
filed.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Property of ZETTA KANE, Deceased, Subject to Taxation
under the Taxable Transfer Act, Chapter 60, Article 10, Consolidated Laws.—
Appeal dismissed, without costs upon stipulation filed.  Present — Hubbs, P. J.,
Clark, Sears, Crouch and Taylor, JJ.

ALEXANDER CYZMANOWSKI, as Administrator, etc., of JOHN DOBKOWSKI,
Deceased, Appellant, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COM-
PANY, Respondent.— Motion granted and appeal dismissed, with costs.  Present
— Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

L. WESLEY BARNES, Appellant, v. VILLAGE OF FREDONIA, Respondent.—
Motion granted and appeal dismissed.  Present — Hubbs, P. J., Sears, Crouch,
Taylor and Sawyer, JJ.

NELLIE W. GORTON, as Administratrix, etc., of FRED G. LANE, Deceased,

---

* Amd. by Laws of 1921, chap. 698, and since amd.— [REP.